**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 90-cr-00330-LTB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM SWAN

        Defendant.

_____

**ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT TO U.S. PROBATION OFFICER JILL HATFIELD**
_____

        THIS MATTER is before the Court upon request by the Probation Department for permission to disclose the Presentence Investigation Report prepared in this case before the Court for use in U.S. District Court for the Central District of California Case Number 2:96cr567-5. Upon further review, the Court

        ORDERS the Presentence Investigation Report prepared for this Court may be disclosed and viewed by U.S. Probation Officer Jill Hatfield, the sentencing judge, the U.S. Attorney and the attorney for the defendant in these matters, and

        FURTHER ORDERS that the Presentence Investigation Report shall not be copied or in any way disclosed beyond the scope of this Order, and that the report be delivered to U.S. Probation Officer Jill Hatfield by a representative of the U.S. Probation Department, and that the Presentence Investigation Report will be returned to that representative of the U.S. Probation Department when sentencing is completed. The Court

        FURTHER ORDERS that the Recommendation portion of the Presentence Investigation Report is not to be disclosed.

        DATED at Denver, Colorado, this __7th__ day of December, 2006.

                              BY THE COURT:

                              __s/Lewis T. Babcock__
                              LEWIS T. BABCOCK
                              Chief United States District Judge