PROB 12
(11/01-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. WILLIAM SWANN          Docket Number: 90-cr-00330-LTB--03

**Petition on Supervised Release**

      COMES NOW, Carlos Morales, probation officer of the court, presenting an official report upon the conduct and attitude of William Swann who was placed on supervision by the Honorable Sherman G. Finesilver sitting in the court at Denver, Colorado, on the 24th day of June, 1991, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Defendant shall participate in a program of testing and treatment for drug abuse as directed by the Probation Officer and until released from the program by the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the Petition on Supervised Release, dated March 3, 1997, be withdrawn, the Supervised Release Violator's Warrant issued on March 7, 1997, be quashed, and the defendant's term of Supervised Release be unsuccessfully terminated.

      ORDER OF THE COURT

Considered and ordered this ___7th___ day of March, 2008, and ordered filed and made a part of the record in the above case.

      Respectfully,

      s/ Carlos Morales
      Carlos Morales
      U. S. Probation Officer

      s/Lewis T. Babcock
Lewis T. Babcock
U.S. District Judge

Place: Denver, Colorado
Date: March 6, 2008